Bros., against Walter D. Haws and others. No opinion. Order affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. POST et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1898.) Action by Severin Christine Johnson, etc., as administratrix, etc., of John Johnson, etc., deceased, against Andrew J. Post and William H. McCord. No opinion. Order affirmed, with $10 costs and disbursements.

KELLY, Respondent, v. CONNECTICUT MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1898.) Action by Joseph Kelly against the Connecticut Mutual Life Insurance Company. No opinion. Motion denied. See 47 N. Y. Supp. 1138, and 50 N. Y. Supp. 139.

KENNY v. SYKES. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Bridget Kenny against Jerome Sykes. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 1138.

KERVAN v. TOWNSEND. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Matthew C. Kervan against J. Allen Townsend. No opinion. . Motion denied, with $10 costs. See 49 N. Y. Supp. 137.

KIERNAN, Respondent, v. FOX, Appellant. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Eliza M. Kiernan against Edward Fox, as administrator. L. O. Van Doren, for appellant. A. T. Kiernan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KING et al. v. ROSS. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by William D. King and others against Eugenia A. W. Ross. No opinion. Motion denied, upon payment of $10 costs to enable appellant to move in court below to open default.

KING et al., Respondents, v. ROSS, Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by William Dehon King and others against Eugenia A. Webster Ross. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 562.

KITAY, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by Victor Kitay, as administrator, etc., against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Application for leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 982.

KLINKER, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by Frederick Klinker against the Third Avenue Railroad Company. No opinion. Motion for reargument denied. Application for leave to appeal to the court of appeals denied. See 49 N. Y. Supp. 793.

KOENIG et al., Respondents, v. BLOOMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1898.) Action by Edward Koenig and others against Henry Bloomgarten. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 1138, and 48 N. Y. Supp. 1108.

LAMKIN et al., Respondents, v. ROSENDALE, Appellant. (Supreme Court, Appellate Division, Third Department. March 21, 1898.) Action by Guy Lamkin and Alfred S. Foster against Harris Rosendale. No opinion. Order affirmed, with $10 costs and disbursements. See 39 N. Y. Supp. 483.

In re LANSING'S WILL. (Supreme Court, Appellate Division, Third Department. March 2, 1898.) In the matter of the probate of the will of Jane E. Lansing. No opinion. Decree affirmed, with costs. All concur, except LANDON, J., not voting.

In re LANSING'S WILL. (Supreme Court, Appellate Division, Third Department. March 21, 1898.) In the matter of the probate of the will of Jane E. Lansing. No opinion. Decision modified so as to read, "So much of the decree as was appealed from, to wit, the order therein directing that letters testamentary be issued to the persons therein named, affirmed, with $10 costs and disbursements."

LASAR, Respondent, v. LASAR, Appellant. (Supreme Court, Appellate Division, First Department. November Term, 1897.) Action by Mamie Lasar against Max J. Lasar. No opinion. Order affirmed, with $10 costs and disbursements.

LESHER et al., Appellants, v. SALVIN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 18, 1898.) Action by Arthur L. Lesher and others against Paul Salvin and others. F. E. Perham, for appellants. B. Loewy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on the case of Rouse v. Haas (decided Feb. 11, 1898). 49 N. Y. Supp. 867.

LEVY, Appellant, v. GREENWICH INS. CO. OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 8, 1898.) Action by Becky Levy against the Greenwich Insurance Company of the City of New York. No opinion. Order modified by reducing the amount to be paid as condition of opening the default to the sum of $20, and striking therefrom the provision that the plaintiff submit to an examination. No costs of this appeal to either party.